No. 04-00-00354-CV



IN THE INTEREST OF M. M. A. and M. L. A., Children



From the 112th Judicial District Court, Sutton County, Texas


Trial Court No. 4397


Honorable Brock Jones, Judge Presiding


 

PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Paul W. Green, Justice

 Karen Angelini, Justice


Delivered and Filed: December 19, 2001


MOTIONS TO WITHDRAW APPEAL GRANTED; DISMISSED


 Appellants Michael Lee Anastasi and Michelle Denise Anastasi each filed a motion
requesting to withdraw this appeal. See Tex. R. App. P. 42.1(a)(2). The motions are granted
and the appeal is dismissed. Costs of appeal are to be paid by appellants. Tex. R. App. P.
43.4. The mandate may be issued early upon proper motion. Tex. R. App. P. 18.

 PER CURIAM

DO NOT PUBLISH